■ In the Matter of RICHARD TEVAULT, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [5 NYS3d 918]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III disciplinary hearing finding him guilty of violating various prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional disciplinary record, and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of Ramos v Department of Corr. & Community Supervision*, 123 AD3d 1215, 1215 [2014]).

Garry, J.P., Rose, Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.

■ In the Matter of RALPH FILIPOWICZ, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [5 NYS3d 918]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Egan Jr., Rose and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.